<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LENORA MAPLE,<br><br>              Plaintiff,<br><br>v.<br><br>NAVIENT,<br><br>              Defendant. | Civil Action No. 24-5845 (SDW) (LDW)<br><br>**WHEREAS OPINION AND ORDER**<br><br>May 10, 2024 |

**WIGENTON**, District Judge.

    **THIS MATTER** having come before this Court upon *pro se* Plaintiff Lenora Maple's ("Plaintiff") filing of a complaint (D.E. 1 ("Complaint")) and an application to proceed *in forma pauperis* (D.E. 1-2 ("IFP Application")), and this Court having reviewed Plaintiff's submissions; and

    **WHEREAS** a district court may allow a plaintiff to commence a civil action without paying the filing fee—that is, *in forma pauperis*—so long as the plaintiff demonstrates that he or she is "unable to pay such fees." 28 U.S.C. § 1915(a)(1); and

    **WHEREAS** the IFP Application contains material inconsistencies and thus must be denied. To be sure, Plaintiff's IFP Application indicates on the one hand that she has no assets, income, expenses, debt, or bank accounts. (D.E. 1-2 at 1–5.) On the other hand, the IFP Application states that Plaintiff has a home, albeit in pre-foreclosure; that she has a fixed income; and that she receives support from her adult children. (*Id.* at 5.) None of those items are accurately

reflected in the IFP Application, and therefore, this Court is unable to discern whether Plaintiff is able to pay the filing fee; therefore

**IT IS**, on this 10th day of May 2024,

**ORDERED** that Plaintiff's IFP Application is **DENIED**. Plaintiff shall have thirty (30) days to file an amended IFP Application in which she must completely and accurately disclose the required information. Failure to file an amended IFP Application may result in the closure of this matter.

**SO ORDERED.**

    /s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig:  Clerk
cc:     Leda D. Wettre, U.S.M.J.
        Parties